# EXHIBIT A
# (for *in camera* inspection only)