# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Jozef Wawrzonek

                              Plaintiff,

v.                                                     Case No.: 1:15−cv−01602
                                                          Honorable Charles R. Norgle Sr.

Delightful Pastries, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 15, 2016:

      MINUTE entry before the Honorable Charles R. Norgle: Motion to Approve Confidential Settlement Agreement and Release [35] is granted. The trial date set for March 22, 2016 is stricken. The parties are not required to appear before the court on Friday, March 18, 2016. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.